MELINDA HAAG (CABN 132612)
United States Attorney
J DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009
    Cynthia.stier@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 15-cv-02189-JD |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] JUDGMENT |
| TERESA SU, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Entry of Judgment filed by the United States of America and defendant, Teresa Su, by and through their respective counsel, JUDGMENT is awarded as follows:

1. Judgment is entered against Defendant Teresa Su, and in favor of the United States of America in the amount of $ 272,551.84, as of June 30, 2014, for her individual income tax liability for the 2002 tax year assessed on April 11, 2005, plus statutory additions accruing from June 30, 2014 until fully paid;

2. Judgment is entered against Defendant Teresa Su, and in favor of the United States of America in the amount of $5,000 as of June 30, 2014, for a penalty assessed against her on July 1, 2013, pursuant to 26 U.S.C. § 6702, plus statutory additions accruing from June 30, 2014, until fully paid;

JUDGMENT,
CASE 15-CV-02189-JD

3. Judgment is entered against Defendant Teresa Su, and in favor of the United States of America in the amount of $5,000 as of June 30, 2014,  for a penalty assessed against her on July 1, 2013, pursuant to 26 U.S.C. § 6702, plus statutory additions accruing from June 30, 2014, until fully paid;

SO ORDERED:

Dated: July 8, 2015



2